UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
MICHAEL MCCOLLOUGH,
    Plaintiff,

  -against-

MARK HALE, in his official capacity
Assistant District, King County;
DETECTIVE LOUIS SCARCELLA; and JOHN
DOES 1-3, individually and as unknown
Employees of the New York Police
Department.
    Defendants.
------------------------------------x

NOTICE OF APPEAL

15 Civ. 691(AMON)



**NOTICE IS HEREBY GIVEN** that, **MICHAEL MCCOLLOUGH** hereby appeals to the Court of Appeals for the Second Circuit of this Court made on the 17th day of November, 2015. The Memorandum and Order of the Honorable Carol Bagley Amon United States District Court dated the 17th day of November, 2015 denying Plaintiff's application for relief pursuant to 42 U.S.C. § 1983, and from each and every part thereof as a whole.

DATED: December 15, 2015
   Ossining, N.Y. 10562

          Respectfully,

          Michael McCollough

**PLEASE NOTE** Plaintiff intends to move the United States Court of Appeals for a Certificate of Appealability in papers to be filed in this Court. Plaintiff therefore asks that this Notice of Appeals not to construed as such a motion.

SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING, NEW YORK 10562
NAME: Michael McCullough   DIN: 91A1385

$00.48
DEC 18 2015
ZIP CODE 10562

To: Honorable [illegible] Judge
United States District Court
United States District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201