MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL MCCOLLOUGH,                        :
                                           :        16 CV 1783 (NSR)
                            Plaintiff,     :
                                           :
            - against -                    :
                                           :
                                           :
                                           :
THOMAS GRIFFIN,                            :
                                           :
                            Defendants.    :
                                          ·:
----------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL AS COUNSEL

    PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United

States District Courts for the Southern and Eastern Districts of New York, I, Nicholas Stabile, an

Assistant Attorney General at the Office of Barbara D. Underwood, Attorney General of the State

of New York, attorney for defendant Thomas Griffin in the above-entitled action, hereby withdraw

as an attorney of record, as I am leaving the Office of the Attorney General. The Office of the

Attorney General will continue to serve as counsel of record to said defendants in the above-

referenced matter, and this matter will be handled by other Assistant Attorney General(s) who have

entered their appearance(s).

    Therefore, I hereby request that the Court grant my withdrawal and that my appearance be

removed from the docket.



Dated: New York, New York
      November 15, 2018

                BARBARA D. UNDERWOOD
                Attorney General of the State of New York
                Attorney for Defendant

                */s/ Nicholas Stabile*
                By:  Nicholas Stabile
                Assistant Attorney General
                28 Liberty Street, 18th Floor
                New York, New York 10005
                Phone: (212) 416-8606
                E-mail: nicholas.stabile@ag.ny.gov

IT IS SO ORDERED.

Dated: __Nov  19__, 2018

                                _____
                HON. NELSON STEPHEN ROMAN
                UNITED STATES DISTRICT JUDGE

Clerk of the Court directed to terminate
the motion (. doc. 43), mail a copy to
Plaintiff at the address on ECF and show
proof of service on the docket.